AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MICHAEL FOSTER <br> Plaintiff <br> v. <br> CITY OF OAKLAND, AUDREE JONES-TAYLOR, <br> and DOES 1-50 inclusive Defendant | Civil Action No. <br> 1944 |

## Summons in a Civil Action

To: CITY OF OAKLAND
    (Defendant's name)

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

A. CABRAL BONNER
LAW OFFICES OF BONNER AND BONNER
1913 BRIDGEWAY
SAUSALITO, CA 94965

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 1 _ _

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)