POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CHARLES A BONNER, 85413<br>LAW OFFICE OF CHARLES BONNER<br>1913 Bridgeway<br>Sausalito, CA 94965<br>TELEPHONE NO.: (415) 331-3070<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>08 APR 24 PM 3:35<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: MICHAEL FOSTER

DEFENDANT/RESPONDENT: CITY OF OAKLAND et al.

CASE NUMBER: CV 08 1944 EDL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No: none

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, ORDER SETTING INITIAL CASE MANAGEMENT CONF. & ADR DEADLINES, ECF REGISTRATION INFO HANDOUT, STANDING ORDER RE: CASE MANAGEMENT CONF., NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE, CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE

3. a. Party served: CITY OF OAKLAND

   b. Person Served: Barbara Harris, City Clerk - Person authorized to accept service of process

4. Address where the party was served: ONE FRANK OGAWA PLAZA, 6th FL.
   OAKLAND, CA 94612

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 4/22/2008    (2) at (time): 11:10 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   CITY OF OAKLAND

   under:    CCP 416.50 (public entity)

7. Person who served papers
   a. Name:    Roderick Thompson
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
                  415-491-0606
   c. Telephone number:
   d. The fee for service was: $44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 746
         (iii) County ALAMEDA

**BY FAX**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 4/24/2008

Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6660739

10358605.tif - 4/24/2008 1:45:33 PM



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**WILLIAM J. WHITSITT**

    Plaintiff,

v.

**JEAN ZEDLITZ,**

    Defendant.

_____/

No. C **08-01803** EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 4-17-08

Signature

Counsel for _____
(Name or party or indicate "pro se")