| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| CHARLES A BONNER, 85413<br>LAW OFFICE OF CHARLES BONNER<br>1913 Bridgeway<br>Sausalito, CA 94965 | (415) 331-3070 | **FILED**<br>08 APR 24 AM 11:41<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF: MICHAEL FOSTER

DEFENDANT: CITY OF OAKLAND et al.

| **PROOF OF SERVICE** | DATE: 7/15/2008 | TIME: 10:00 AM | DEPT/DIV: Ctrm E | CASE NUMBER: CV 08 1944 EDL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, ORDER SETTING INITIAL CASE MANAGEMENT CONF. & ADR DEADLINES, ECF REGISTRATION INFO HANDOUT, STANDING ORDER RE: CASE MANAGEMENT CONF., NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE, CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE

2. Party Served: AUDREE JONES-TAYLOR

3. Person Served: party in item 2

   a. Left with: Barbara Harris, City Clerk- Person in Charge of Office

4. Date & Time of Delivery: 4/22/2008   11:10 AM

5. Address, City and State: ONE FIFTY FRANK OGAWA, 3rd FL.
   OAKLAND, CA 94612

6. Manner of Service: By leaving the copies with or in the presence of Barbara Harris, City Clerk, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

**BY FAX**

58.75

Registered California process server.
County: ALAMEDA
Registration No.: 746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/23/2008 at Oakland, California.

Signature: _Roderick Thompson_

Roderick Thompson

FF# 6660740

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>CHARLES A BONNER, 85413<br>LAW OFFICE OF CHARLES BONNER<br>1913 Bridgeway<br>Sausalito, CA 94965<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>(415) 331-3070<br><br>Ref. No. or File No.<br>none | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
MICHAEL FOSTER

DEFENDANT:
CITY OF OAKLAND et al.

| PROOF OF SERVICE BY MAIL | DATE:<br>7/15/2008 | TIME:<br>10:00 AM | DEPT/DIV:<br>Ctrm E | CASE NUMBER:<br>CV 08 1944 EDL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 4/23/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons, Complaint, ORDER SETTING INITIAL CASE MANAGEMENT CONF. & ADR DEADLINES, ECF REGISTRATION INFO HANDOUT, STANDING ORDER RE: CASE MANAGEMENT CONF., NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE, CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

AUDREE JONES-TAYLOR
ONE FIFTY FRANK OGAWA, 3rd FL.
OAKLAND, CA 94612

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

58.75

Lee Major
Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/23/2008 at Oakland, California.

*Lee Major*

Lee Major

FF# 6660740