1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

MICHAEL FOSTER

9                                                      No.  C  V-08-1944 EDL

10              Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                           **UNITED STATES MAGISTRATE JUDGE**

11        v.
CITY OF OAKLAND, AUDREE

12   JONES-TAYLOR, and DOES 1-50, inclusive

13              Defendant(s).
     _____/

14

15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18   proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21   Dated: JUNE 19, 2008                  **/S/ A. CABRAL BONNER**
                                           Signature

22
                                           Counsel for  PLAINTIFF
23                                         (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28