1
2
3
4               UNITED STATES DISTRICT COURT
5               NORTHERN DISTRICT OF CALIFORNIA
6
7
MICHAEL FOSTER
8
                 Plaintiff,                         No. C 08-01944 EDL
9
        v.                                          CLERK'S NOTICE
10
CITY OF OAKLAND, et al.,
11
                 Defendants.
12  _____/
13
            TO ALL PARTIES AND COUNSEL OF RECORD:
14
YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for July 15, 2008 and
15
Defendant's Motion to Dismiss have been **reset to 9:30 a.m. on July 22, 2008** before Magistrate Judge
16
Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.
17
18
Dated:  July 9, 2008
19                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
20
21
22                                      by: _____
                                            Lili M. Harrell
23                                          Courtroom Deputy
24
25
26
27
28