LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| THOMAS F. BERTRAND | THE WATERFRONT BUILDING | TELECOPIER: (415) 353-0990 |
| GREGORY M. FOX | 2749 HYDE STREET | |
| EUGENE B. ELLIOT | SAN FRANCISCO, CALIFORNIA 94109 | OF COUNSEL |
| DANA L. SOONG | TELEPHONE: (415) 353-0999 | NANCY A. HUNEKE |
| RICHARD W. OSMAN | E-Mail: eelliot@bfesf.com | ARLENE HELFRICH |
| MICHAEL C. WENZEL | | RICHARD E. HAMMOND |
| CHRISTINE LEE | | ILANA KOHN |
| ERICA SHELLEY NELSON | | |
| JOSHUA K. CLENDENIN | | |
| MARTINE D'AGOSTINO | | |

July 14, 2008

Magistrate Judge Elizabeth D. Laporte
U.S. District Court
450 Golden Gate Ave.
Courtroom E, 15th Floor
San Francisco, CA 94102

      Re:    *Foster v. City of Oakland, Audree Jones-Taylor*
             Northern District Court Case No.: **CV08-1944 EDL**
             **Appearance at Case Management Conference on July 22, 2008**

Dear Judge Laporte:

      We represent defendants City of Oakland and Audree Jones-Taylor in the above-named matter. Our motion to dismiss is set for hearing on July 22, 2008.

      An initial case management conference was initially set for Tuesday, July 15, 2008. However, on July 9, 2008, the CMC was moved to July 22, 2008.

      I am lead trial counsel for this case and I planned to attend the initial case management conference on July 15, 2008, as directed in the court's standing order. However, I unable to attend the rescheduled case management conference as I have a conflict. I have a mandatory court appearance for a conference in a class action American with Disabilities Act case where I represent twenty-two cities. This is a significant conference and my personal attendance is required.

      Christine Lee, my associate, planned to cover the motion to dismiss hearing. If the court allows, Ms. Lee may also appear on behalf of defendants at the initial Case Management Conference.

      Please advise if this arrangement is unacceptable to the court. Thank you.

LAW OFFICES OF
**BERTRAND, FOX & ELLIOT**

Magistrate Judge Elizabeth D. Laporte
*Foster v. City of Oakland*
July 15, 2008
Page 2

---

Very truly yours,

BERTRAND, FOX & ELLIOT

By: _____/s/_____
Eugene B. Elliot

cc: A. Cabral Bonner, Esq.