In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: July 22, 2008

Case No: **C- 08-01944 EDL**

Case Name: **MICHAEL FOSTER v. CITY OF OAKLAND**

| | | | |
|---|---|---|---|
| Attorneys: | Pltf: Adam Cabral Bonner | Deft: | Christine Lee |
| Deputy Clerk: | Lili M. Harrell | Court Reporter: | Sahar McVickar (Time: 23 min) |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Defendants' Motion to Dismiss | Granted with leave to amend |
| 2. Initial Case Management Conference | Held |

**ORDERED AFTER HEARING:** Parties shall agree to an ADR Process by 7/25/2008. Plaintiff shall file amended complaint by 8/1/2008.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

**PRETRIAL SCHEDULE:**
Last day to add new parties: 8/22/08
Discovery cutoff: 4/30/09
Initial expert disclosure deadline: 3/20/09
Rebuttal expert disclosure deadline: 4/3/09
Expert discovery cutoff: 4/30/09
Dispositive Motion filing deadline: 5/12/09
Dispositive Motions hearing date: 6/16/09
Pretrial Conference: 8/18/09
Trial: 9/8/09  at 8:30 a.m., set for 5 days.
       [X ] Jury  [ ]  Court

Notes:

cc: