CHARLES A. BONNER, ESQ. SB# 85413
A. CATHERINE LAGARDE, ESQ. SB# 209255
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER AND BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF
MICHAEL FOSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, AUDREE JONES-TAYLOR, and DOES 1-50 inclusive<br><br>  Defendants._____/ | Case No:  Cv-08-1944 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO CONDUCT ADR**<br><br>Judge: Hon. Elizabeth D Laporte |

All parties stipulate to enlarge time to complete mediation. Parties were ordered to complete mediation by December 1, 2008, however, parties were not able to schedule a mediation for a date prior to December 1, 2008. Parties have scheduled the mediation for December 19, 2008.

1. Plaintiff is Michael Foster; Defendant is City of Oakland.

2. Plaintiff sued defendants for violation of the ADA and FEHA for failing to provide reasonable accommodations.

3. Plaintiff requests an order enlarging time to conduct mediation

4. Parties were ordered to complete mediation by December 1, 2008.

5. Parties initially set the mediation for November 24, 2008 to comply with the order and to allow the maximum time possible to engage in discovery prior to the mediation.

6. After setting the mediation for November 24, 2008, Plaintiff's counsel learned that

**STIPULATION AND ORDER TO ENLARGE TIME TO CONDUCT ADR**                                             1

1  Plaintiff would be out of town for the Thanksgiving Holiday and could not attend a mediation on
2  November 24, 2008.
3      7.   The parties and the mediator then set the mediation for December 19, 2008. The next
4  mutually agreeable date for all the parties and the mediator.
5      8.   Parties' request for an extension of time is for cause shown and is not intended to
6  delay these proceedings.
7      9.   Parties request that this Court extend the date for completing ADR to allow for the
8  currently scheduled December 19, 2008 mediation.
9  DATED: November 24, 2008

RESPECTFULLY SUBMITTED
**LAW OFFICES OF BONNER AND BONNER**

BY: /s/ A. Cabral Bonner
A. CABRAL BONNER,
ATTORNEY FOR PLAINTIFF

DATED: December 10. 2008

RESPECTFULLY SUBMITTED
**BERTRAND FOX AND ELLIOT**

BY: /s/ Eugene Burton Elliot
Eugene Burton Elliot
Attorney for Defendant

    Pursuant to the above stipulation, the deadline for completing mediation is extended until December 31, 2008.

It is so ORDERED

Dated: 12/11/08

IT IS SO ORDERED
Hon. Elizabeth D. Laporte
United States Magistrate Judge Elizabeth D. Laporte

**STIPULATION AND ORDER TO ENLARGE TIME TO CONDUCT ADR**                2