Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
Joshua K. Clendenin, State Bar No. 245564
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Vicki A. Laden, State Bar Number 130147
Supervising Deputy City Attorney
Oakland City Attorney's Office
One Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel. (510) 238-4941
Fax (510) 238-6500

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER. | Case No.: CV-08-1944 EDL |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER AND STIPULATION RE: EXPERT WITNESS DISCLOSURE |
| CITY OF OAKLAND, AUDREE JONES-TAYLOR, and DOES 1-50, inclusive, | |
| Defendants | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

The parties, acting by and through their respective legal counsel, hereby stipulate to the following changes to paragraph 2(b) and 2(c) of the Case Management and Pretrial Order For Jury Trial issued by the Honorable Elizabeth D. Laporte on July 25, 2008 (the Order).

Paragraph 2(b) of the Order dealing with discovery is revised as follows:

Initial expert witness disclosure shall be made no later than **April 10, 2009**. Rebuttal expert disclosures shall be made no later than **May 1, 2009**. All treating physicians who will provide

1  opinion testimony beyond that which can be provided by a lay person must be disclosed as expert
2  witnesses, but they need not prepare expert reports unless ordered to do so by the Court.
3      Paragraph 2(c) of the Order dealing with discovery is revised as follows:
4      All expert discovery shall be completed no later than **May 22, 2009**. There will be no further
5  expert discovery after that date except by order of the Court for good cause shown.  Motions to
6  compel expert discovery must be filed within the time limits contained in Civil Local Rule 26-2.
7      So Stipulated.

Dated:  March 20, 2009                    Law Offices of Charles A. Bonner

By:  _____/s/_____
    Cabral Bonner
    Catherine Lagarde
    Attorneys for Plaintiff MICHAEL FOSTER

Dated:  March 20, 2009                    BERTRAND, FOX, & ELLIOT

By:  _____/s/_____
    Eugene B. Elliot
    Christine Lee
    Attorneys for Defendant
    CITY OF OAKLAND

Good cause appearing, the stipulation is so ordered.

Dated:  March 23, 2009

_____
The Honorable
U.S. District

IT IS SO ORDERED
Judge Elizabeth D. Laporte

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: March 20, 2009         /s/
                              Christine Lee

STIPULATION AND [PROPOSED] ORDER RE EXPERT WITNESS DISCLOSURE