IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER, | No. C-08-01944 EDL |
| Plaintiff, | **ORDER CONTINUING PRETRIAL AND TRIAL DATES** |
| v. | |
| CITY OF OAKLAND, AUDREE JONES-TAYLOR, and DOES 1-50, inclusive, | |
| Defendants. | |

As discussed during the July 7, 2009 hearing on Defendants' Motion for Summary Judgment, the Court's schedule may not allow for a ruling on Defendants' Motion before the end of July. The current pretrial schedule requires the parties to meet and confer regarding pretrial filings thirty days in advance of the August 18, 2009 pretrial conference and to file pretrial materials no later than twenty days in advance of the pretrial conference. Accordingly, in order to give the parties adequate time to prepare pretrial materials if summary judgment is not granted in full, the Court continues the pretrial conference to October 27, 2009 at 3:30 p.m., and the trial to November 16, 2009 at 8:30 a.m. In all other respects, the Court's July 25, 2008 Case Management and Pretrial Order for Jury Trial remains in effect.

**IT IS SO ORDERED.**

Dated: July 7, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge