IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER, | No. C-08-01944 EDL |
| Plaintiff, | **ORDER CONTINUING PRETRIAL AND TRIAL DATES** |
| v. | |
| CITY OF OAKLAND, AUDREE JONES-TAYLOR, and DOES 1-50, inclusive, | |
| Defendants. | |

The Court has reviewed the parties' joint request to continue the pretrial and trial dates in this matter on the ground that the parties are engaged in settlement negotiations. Good cause appearing, the Court continues the pretrial conference to March 9, 2010 at 2:00 p.m., and the trial to March 29, 2010 at 8:30 a.m. In all other respects, the Court's July 25, 2008 Case Management and Pretrial Order for Jury Trial remains in effect.

**IT IS SO ORDERED.**

Dated: October 7, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge