1  CHARLES A. BONNER, ESQ. SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  **LAW OFFICES OF BONNER & BONNER**
   1913 BRIDGEWAY
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738

5  ATTORNEYS FOR PLAINTIFF
   MICHAEL FOSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL FOSTER, | Case No: CV-08-1944 EDL |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| CITY OF OAKLAND, AUDREE JONES-TAYLOR, and DOES 1-50 inclusive | |
| Defendants. | |

Plaintiff MICHAEL FOSTER and Defendants CITY OF OAKLAND et al., file this stipulation of dismissal under Federal Rules of Civil Procedure 41 (a)(1 )(ii). The Parties have fully resolved the issues related to this case. Dismissal is requested with prejudice.

1. Plaintiff is MICHAEL FOSTER; Defendants are CITY OF OAKLAND AND AUDREE JONES-TAYLOR.
2. Plaintiff moves to dismiss the suit.
3. Defendants who have answered, agree to the dismissal.
4. This case is not a class action.
5. A receiver has not been appointed in this action.
6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.
7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

STIPULATION FOR DISMISSAL

1

8    This dismissal is with prejudice to refilling.

Dated: June 11, 2010                    **LAW OFFICES OF BONNER AND BONNER**

By: _____/S/_____
     A. Cabral Bonner, Attorney for Plaintiff

Dated: June 11, 2010                    **BERTRAND, FOX AND ELLIOT**

By: _____/S/_____
     Eugene Elliot, Attorney for City of Oakland

STIPULATION FOR DISMISSAL